McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROBERT ALLEN DRAGON, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:19-cv-00512-SKO <br><br> **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSIVE BRIEF** <br><br> **(Doc. 17)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file his responsive brief. Defendant respectfully requests this additional time because of a very heavy workload accumulated from leave over the holidays, including eleven district court merits briefs due within the next three weeks.

1

The new due date for Defendant's responsive brief will be Wednesday, February 26, 2020.

Respectfully submitted,

Date: *January 27, 2020*  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*\*
JONATHAN OMAR PENA
*\* By email authorization on January 23, 2020*
Attorney for Plaintiff

Date: *January 27, 2020*  McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

Pursuant to the parties' above stipulation (Doc. 17), IT IS HEREBY ORDERED that Defendant shall have until February 26, 2020, to file his response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **January 28, 2020**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE