McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT ALLEN DRAGON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. No. 1:19-cv-00512-SKO<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between plaintiff Robert Allen Dragon (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an administrative law judge (ALJ). On remand, the Appeals Council will instruct the ALJ to further evaluate Plaintiff's mental impairments; further consider the medical evidence, including but not limited to medical opinion evidence; reconsider Plaintiff's residual functional capacity as appropriate; take further action, as

1

Stipulation
No. 1:19-cv-00512-SKO

warranted, to complete the administrative record; complete the remaining steps of the sequential disability analysis as necessary; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 18, 2020    PENA & BROMBERG, PLC

By: */s/ Jonathan O. Pena*\*
    JONATHAN O. PENA
    Attorneys for Plaintiff
    [*As authorized by e-mail on Feb. 18, 2020]

Dated:  February 19, 2020    McGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

2

Stipulation
No. 1:19-cv-00512-SKO

## ORDER

Based upon the parties' above "Stipulation & Order to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)," (Doc. 20), and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Robert Allen Dragon and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.

IT IS SO ORDERED.

Dated: **February 19, 2020**                 /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE